# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0625

VERSUS

KENDELL S. CAGLER

**SEPTEMBER 25, 2023**

---

In Re:    Kendell S. Cagler, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 577420.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The record of the St. Tammany Parish Office of the Clerk of Court shows that on August 14, 2023, relator was convicted and sentenced in this case. Therefore, relator's request for mandamus relief is moot.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT